UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:17-CR-765 |
| | § | |
| GARY DEAN POWELL | § | |

### ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S MOTION FOR CONTINUANCE OF FINAL PRE-TRIAL AND JURY TRIAL

On this the 31st day of January, 2018, came on to be considered Defendant's Motion for Leave to File Defendant's Motion for Continuance of Final Pre-Trial and Jury Trial and the Court having considered same is of the opinion that it should be **GRANTED**.

The Clerk of the Court is ordered to file Defendant's Unopposed Motion for Continuance, which was filed as an exhibit to Defendant's motion. (D.E. 16-2)

ORDERED this 31st day of January, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE